# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| WILLIAM OWEN and CHRISTINA BELGARDE, *on behalf of themselves and the Putative Class,*<br><br>    Plaintiff,<br><br>vs.<br><br>PUNCH BOWL SOCIAL MINNEAPOLIS, LLC,<br><br>    Defendant. | Case No.: 19-cv-0955 (TNL)<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

_____

Plaintiffs William Owen and Christina Belgarde, on behalf of themselves and the Rule 23 Class, moves the Court to grant Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement. The grounds for this motion are set forth in the supporting memorandum and exhibits filed with it.

2

Dated: October 5, 2020

                            Respectfully Submitted:

                            By /s/ Reena I. Desai
                            Reena I. Desai
                            MN Bar No. 0388311
                            rdesai@nka.com
                            NICHOLS KASTER, PLLP
                            4700 IDS Center, 80 S. 8th Street
                            Minneapolis, Minnesota 55402
                            Telephone: (612) 256-3200
                            Facsimile: (612) 215-6870

                            ATTORNEY FOR PLAINTIFF AND
                            THE RULE 23 CLASS