# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| William Owen, Christina Belgarde, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 19-cv-00955-TNL |
| Punch Bowl Minneapolis, LLC, | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This action is **DISMISSED WITH PREJUDICE.**

Date:  11/15/2021                              KATE M. FOGARTY, CLERK

1